# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Tammy A. Bronsburg (AKA: Tammy Butry)<br><br>*Defendant* | Case: 1:21-mj-00176<br>Assigned to: Judge Faruqui, Zia M<br>Assign Date: 1/28/2021<br>Description: COMPLAINT W/ARREST WARRANT |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Tammy A. Bronsburg (AKA: Tammy Butry)            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)


Date:   01/28/2021                              2021.01.28
                                                16:30:17 -05'00'
                                                *Issuing officer's signature*

City and state:      Washington, D.C.           Zia M. Faruqui, U.S. Magistrate Judge
                                                *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____<br>at *(city and state)* _____<br><br>Date: _____                    _____<br>                                               *Arresting officer's signature*<br><br>                                               _____<br>                                               *Printed name and title* |

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: Tammy A. Bronsburg

Known aliases: Tammy Butry

Last known residence: 420 Rural Ave, Williamsport, PA 17701

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers: 5702669982

Place of birth:

Date of birth: 3/2/1971

Social Security number:

Height: 5'4"      Weight:

Sex: F      Race: White

Hair:      Eyes: browm

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number: 324047TA1

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*:

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
для the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00176 |
| Mark Roderick Aungst, (DOB: XXXXXXXXX) | ) Assigned to: Judge Faruqui, Zia M |
| Tammy A. Bronsburg, (DOB: XXXXXXXX) (AKA: Tammy Butry) | ) Assign Date: 1/28/2021 |
| | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

*Code Section*          *Offense Description*

18 U.S.C. § 1752(a)(1) and (2) (Restricted Building or Grounds)
40 U.S.C. § 5104(e)(2)(D) and (G) (Violent Entry or Disorderly Conduct)

This criminal complaint is based on these facts:
See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Josh Miller, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __01/28/2021__

2021.01.28
16:31:43 -05'00'
*Judge's signature*

City and state: __Washington, D.C.__  Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*